# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0563

_____

JOHN W. SAATIO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

March 15, 2019

PER CURIAM.

DISMISSED.

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John W. Saatio, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.